THE LAW OFFICE OF ERIC W. CONNER
ERIC W. CONNER CSB 145616
3108 Willow Pass Road
Concord, Ca. 94519
(925) 676-8850
eric@ericconner.com

Attorney for Defendant
DONALD EDWARD ARATA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATE OF AMERICA,) | CR-S-04-0155 MCE |
| ) | |
| Plaintiff, ) | ORDER MODIFYING |
| ) | SURRENDER DATE |
| ) | OF 7/23/05 |
| V. ) | |
| ) | |
| CATHLEEN BROWN, ) | |
| DONALD EDWARD ARATA, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

GOOD CAUSE APPEARING, it is hereby order that the defendant's date for self surrender be modified from July 23, 2005 to August 25, 2005.

Dated: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE