# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:04-cr-00155-02** |
| ) | |
| **Donald Edward ARATA** ) | |
| ) | |

**LEGAL HISTORY:**

On June 14, 2005, the above-named was sentenced to 8 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on June 14, 2005 (he was given credit for time served).  Special conditions included: Search; Participate in drug/alcohol testing/counseling; Co-pay for testing/treatment services; Financial restrictions/disclosure; Do not dissipate assets; Consent to computer inspections; Submit to DNA collection; and No new credit/debt.

**SUMMARY OF COMPLIANCE:**

He has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Arata has derived maximum benefit from supervision and is not in need of continued supervision.

RE:   Donald Edward ARATA
      Docket Number:   2:04CR00155-02
      **RECOMMENDATION TERMINATING**
      **SUPERVISED RELEASE  PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                    Respectfully submitted,


                    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

Dated:      July 11, 2007
            Elk Grove, California
            DAS/cj


cc:    AUSA Daniel S. Linhardt (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:04CR00155-02** |
| ) | |
| **Donald Edward ARATA** ) | |
| ) | |

On June 14, 2005, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,


/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**


Dated:        July 11, 2007
              Elk Grove, California
              DAS/cj

**RE:    Donald Edward ARATA**
**       Docket Number:   2:04CR00155-02**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       <u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervision, and that the proceedings in the case be terminated.

Dated: August 8, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office